# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ANGELA DENISE PEERY, Individually, § <br> and on behalf of similarly situated persons, § <br> *Plaintiff,* § <br> § <br> v.   § <br> § <br> SWEET PIZZA, LLC, and § <br> CASSIE GERETY, § <br> *Defendants*. § | NO.   MO:23-CV-00051 |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 7) filed April 17, 2023. In its notice, Plaintiff indicates they are voluntarily dismissing their claims against the Defendants without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id*.).  Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendants have not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

The Court therefore **ORDERS** the Clerk of Court **CLOSE** this action.

It is so **ORDERED**.

SIGNED this 18th day of April, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE